UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GETU WELEDEMARIAM SIME, | CASE NO. C26-1501-KKE |
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Defendant(s). | |

Plaintiff Getu Weledemariam Sime has notified the Court of his intent to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A).  Dkt. No. 7.  Accordingly, this matter is DISMISSED without prejudice and the Clerk is directed to administratively close this case.

Dated this 10th day of July, 2026.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1